CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
| --- | --- |
| United States of America<br>v.<br>**Ayala Larios Nahum-Adolfo**; DOB: 2003; El Salvador<br>**Alfredo Altamirano-Miliano**; DOB: 2000; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-04925MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), 1324(a)(1)(B)(iii), and 1324(a)(1)(B)(iv)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about June 17, 2026, in the District of Arizona, **Ayala Larios Nahum-Adolfo,** and **Alfredo Altamirano-Miliano**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Adrian Hernandez-Desiderio, Amilsar Castillo-Lucas, Valeska Vasquez-Cornejo, and J.L.A.-S., and did so for the purpose of private financial gain, and placed in jeopardy the life of any person, and resulting in the death of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), 1324(a)(1)(B)(iii), and 1324(a)(1)(B)(iv).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On June 17, 2026, in the District of Arizona (Sells), Border Patrol Agents (BPAs) were identifying and interdicting vehicles involved in human smuggling on Federal Route (FR) 19. BPAs observed a Honda Civic bearing a Nevada plate and a Toyota Corolla bearing a Nevada plate driving west on Highway 86. BPAs observed the two vehicles driving close together and below the speed limit. The Civic and Corolla were seen parked next to each other in a Bashas' parking lot in Sells, Arizona and BPAs observed the drivers of the vehicles speaking with each other. The Civic and Corolla began driving south on FR 19 towards the southern border with Mexico. FR 19 is a common location for illegal aliens (IAs) to be picked up by human smugglers so they can be transported to Phoenix, Arizona. BPAs observed both vehicles travel south on FR 19 and return north a short time later. The vehicles were traveling separately from each other northbound on FR 19. At approximately 3:00 p.m., BPAs conducted a traffic stop on the Civic and the Corolla on FR 19 near mile marker 26. The Civic came to a stop and the juvenile driver was detained. Two passengers in the Civic, identified as Amilsar Darinel Castillo-Lucas and Adrian Hernandez-Desiderio, were determined to be citizens of Guatemala and Mexico illegally present in the United States. The driver of the Corolla, identified as **Ayala Larios Nahum-Adolfo**, fled from BPAs northbound on FR 19. The vehicle stopped and **Nahum-Adolfo** and two of his passengers, later identified as **Alfredo Altamirano-Miliano** and Valeska Vazquez-Cornejo, fled from the vehicle on foot but were quickly apprehended. **Altamirano-Miliano** and Vazquez-Cornejo were determined to be citizens of Mexico and Chile illegally present in the United States. BPAs observed a male, later identified as J.L.A.-S., inside the Corolla who was unconscious.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Adrian Hernandez-Desiderio, Amilsar Castillo-Lucas, and Valeska Vazquez-Cornejo

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>AUSTIN D SPALLA Digitally signed by AUSTIN D SPALLA Date: 2026.06.18 15:40:57 -07'00'<br><br>OFFICIAL NAME and TITLE<br>Austin Spalla<br>Homeland Security Investigations<br>Special Agent |
| --- | --- |

**Sworn by telephone** _x_

| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>Maria S. Aguilera | DATE<br>June 18, 2026 |
| --- | --- |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from previous page.**


Emergency Medical Services were contacted, and lifesaving measures were attempted. J.L.A.-S. was transported to Sells Hospital where he was pronounced deceased. Vazquez-Cornejo was also transported to Sells Hospital for severe dehydration. Through interviews and further investigation, it was determined that **Alfredo Altamirano-Miliano** was the foot guide for the group.

Material witness Adrian Hernandez-Desiderio stated that he is a citizen of Mexico and that he was going to pay $400 to be smuggled into the United States. He crossed the international boundary fence and walked for seven to eight hours. He was with one other subject. Before being picked up by the load vehicle, Hernandez-Desiderio was laid up in the brush. Hernandez-Desiderio described the load vehicle as a gray four-door sedan driven by a young short male. The vehicle was going to transport them to Phoenix, Arizona.

Material witness Amilsar Castillo-Lucas stated that he is a citizen of Guatemala and that he crossed the border with one female and two male subjects, and no foot guide. One subject appeared to be taking pills. They walked until they arrived at the pickup location where there was a small silver car waiting for them. There was one male driver in the vehicle and Castillo-Lucas described him as a young Hispanic male. The driver only said "vamonos" in Spanish and he and one male subject boarded. When they boarded and did not speak much.

Material witness Valeska Vazquez-Cornejo stated that she is a citizen of Chile. There were five people in her group, including the guide. The coordinator told them that it would take 6-10 hours to cross the border, but it ended up being 24 hours. J.L.A.-S. appeared fine before they crossed the border. By the time they crossed the border, they were almost out of water. J.L.A.-S. and the subject from Guatemala crossed the border first using GPS coordinates. The foot guide stayed back with her, and the group was supposed to reunite at a predesignated meeting point. When they got to the meeting point, the two people who crossed first were not there, so they went looking for them. They found the subjects, and J.L.A.-S. stated that he could not go on anymore. The group was out of water. The foot guide called the coordinator, and the coordinator told them that they needed to leave the area immediately so that others could cross. The coordinator threatened to cancel their ride if they did not comply. They were sent to different pick up locations, only to be told that they needed to go somewhere else, adding several hours onto their trip. They went to a location where a water station was supposed to be, but there was no water station there. Eventually they arrived at the meetup location. Five minutes before the vehicle arrived, J.L.A.-S. was on the ground stating that his chest was hurting. The coordinator told the group that they couldn't leave J.L.A.-S. behind because it would bring unwanted attention, so they had to put him in the vehicle. A Corolla arrived first, and all five of them got inside. The guide and the subject from Guatemala dragged J.L.A.-S. into the vehicle. Vazquez-Cornejo stated that, at that time, J.L.A.-S. was still breathing but not conscious. A Civic then pulled up, and two of the subjects got out of the Corolla and into the Civic. She remained in the Corolla with the guide and J.L.A.-S.. There was water and Gatorade in the vehicle, and the guide tried to give those to J.L.A.-S.. Vazquez-Cornejo announced to everyone in the vehicle that J.L.A.-S. needed to go to a hospital or he would die, and nobody acknowledged her statement. The driver noticed Border Patrol behind the vehicle and stated "we've got a tale." The driver initially stopped the vehicle for Border Patrol, but then took off. The driver told the group that everyone needs to run when he stops the car. Vazquez-Cornejo felt the car tires spiked. The driver stopped and he, along with the guide, ran. She tried to run too, but passed out.

After waiving his *Miranda* rights, **Ayala Larios Nahum-Adolfo** stated that he had a friend who introduced him to two Mexican coordinators who said they would offer him cash to pick up IAs in Arizona and he agreed. The two males instructed him to travel from Las Vegas, Nevada to Phoenix, Arizona. He was then instructed to go to Tucson and stay the night before being contacted on June 17, 2026, and told to travel south. He was given a pick-up location and stopped at a shopping center. **Nahum-Adolfo** was then instructed to drive south around 2:00 p.m., and he arrived at the pick-up location around 2:25 p.m. When he got to the pick-up location, he observed a male on the ground who looked sick. A female got into the front passenger seat while another male assisted the sick male into the rear of the vehicle. **Nahum-Adolfo** did not call 911. BPAs conducted a vehicle stop on his vehicle and as they approached and told him to pull forward to get to a safer spot, **Nahum-Adolfo** got scared and drove off. BPAs deflated his tires, the vehicle came to a stop, and all the occupants fled except for the male who was found unresponsive. They were all detained by BPAs. A six-pack photo lineup was introduced to **Nahum-Adolfo** to identify the suspected foot guide, and he immediately circled the photo of **Alfredo Altamirano-Miliano**. **Nahum-Adolfo** also identified **Altamirano-Miliano** as the individual who loaded the sick male into the vehicle.

**Continued on next page.**

**Continued from previous page.**

After waiving his *Miranda* rights, **Alfredo Altamirano-Miliano** stated that he is a citizen of Mexico with no documentation to be in the United States legally. **Altamirano-Miliano** stated that he made an agreement with a smuggler in Altar, Mexico where he would act as a foot guide for his group in exchange for waiving his smuggling fee of $8,000. He crossed into the United States from Mexico on June 16, 2026, at approximately 7:00 p.m. with a man from Puebla, Mexico and a female from Chile. After walking through the night, he arrived at their pick-up location in the desert. **Altamirano-Miliano** was sent a picture of the vehicle that would pick him up and he described the vehicle as a small gray four-door car. One of the men in his group was in bad health and **Altamirano-Miliano** helped carry him into the car that arrived to pick them up. **Altamirano-Miliano** described the driver of the vehicle as a male with a gray shirt, shorts, light skin, dark hair and a tattoo. **Altamirano-Miliano** ran from the vehicle after Border Patrol tried pulling them over.